UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,    CIVIL ACTION NO.: 14-13206

    Plaintiff,    HON.: ROBERT H. CLELAND

vs.

DAVID C. NOLAN,

    Defendant.
_____/

## ORDER FOR ALTERNATE SERVICE

AT A SESSION OF SAID COURT HELD IN
THE U.S. COURTHOUSE, DETROIT, MICHIGAN
ON OCTOBER 14, 2014

After reviewing the Motion herein and being otherwise advised in the matter:

THE COURT FINDS:

Service of process upon defendant, David C. Nolan, cannot reasonably be made as provided in FRCP 5(b) or MCR 2.105, and service of process may be made in a manner which is reasonably calculated to give Defendant actual notice of the proceeding and an opportunity to be heard.

**IT IS ORDERED:**

Service of the Summons and Complaint and a copy of this order may be made by the following methods(s):

    a.    x    First class mail to 105 Church St., Mount Clemens, MI 48043-2216.

    b.    x    Certified Mail, Return Receipt Requested.

    c.    x    Tacking or firmly affixing to the door at 105 Church St., Mount Clemens, MI 48043-2216.

Other: _____

_____

**IT IS FURTHER ORDERED:**

For each method used, proof of service must be filed promptly with the Court.

 s/Robert H. Cleland
HON. ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: October 14, 2014